**DENY; and Opinion Filed June 3, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00700-CV**

**IN RE KYLE J. BROWN, SR., Relator**

**Original Proceeding from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-10-07565**

## MEMORANDUM OPINION

Before Justices Moseley, Francis, and Fillmore
Opinion by Justice Fillmore

Relator filed this petition for writ of mandamus asking this Court to "command[] the trial court to dismiss this motion to modify parent child relationship with prejudice, recusal of the judge, granting lost time with children back, repayment of fees and expenses, and requiring a TRO on Ms. Brown to enforce the orders." Relator has failed to pay the filing fee for his petition. Additionally, based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

130700F.P05